PER CURIAM.

(No. 74-CC-641—Claimant )

BERZ AMBULANCE SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BERZ AMBULANCE SERVICE, INC., Claimant, pro se.

445

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.